**DENY and Opinion Filed December 10, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00856-CV

## IN RE BRG MANAGEMENT, INC. D/B/A ASPEN HEIGHTS, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16266**

## MEMORANDUM OPINION
Before Justices Osborne, Reichek, and Browning
Opinion by Justice Browning

Relator seeks a writ directing the trial court to withdraw its order compelling production of three documents relator contends are privileged.[1] Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition, the response, the reply, and the mandamus record, and conducting our own *in camera* review of the documents in issue, we conclude relator has not shown it is entitled to the relief requested.

---

[1] We stayed the trial court's order while we considered relator's petition.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/John G. Browning/
JOHN G. BROWNING
JUSTICE

200856F.P05